**Debby ROSE, Appellant,**

v.

**COX HEALTH SYSTEMS, Appellee,**

---

Wal–Mart Supercenter, Defendant,

**Springfield–Greene County Health Department, Appellee.**

No. 09–3614.

United States Court of Appeals, Eighth Circuit.

Submitted: May 6, 2010.

Filed: May 26, 2010.

Debby Rose, Springfield, MO, pro se.

Ginger K. Gooch, Bryan O. Wade, Husch & Blackwell, Springfield, MO, for Appellee.

Jan Y. Millington, City of Springfield City Attorney's Office, Springfield, MO, for Defendant.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Debby Rose appeals the district court's [1] adverse grant of summary judgment in her disability-discrimination action. After reviewing the record de novo, and viewing it in the light most favorable to Rose, *see* *Huber v. Wal–Mart Stores, Inc.*, 486 F.3d 480, 482 (8th Cir.2007) (standard of review), we conclude that summary judgment was proper. For the reasons stated by the district court, we agree that there was insufficient evidence to show that Rose was a qualified individual with a disability or a person "regarded as" disabled. Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Rose's pending motion to supplement the record with documents

that were not before the district court, *see* *United States v. Drefke*, 707 F.2d 978, 983 (8th Cir.1983) (appellate court must review case on record before district court), and deny her pending motion to stay.

---

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.